United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KAMYAR VAGHAR, | No. C-07-4083 MMC |
| Plaintiffs, | **ORDER DISMISSING ACTION WITH LEAVE TO AMEND** |
| v. | |
| DAVID J. KILLIAN, et al., | |
| Defendants. | |

_____/

Jurisdiction over the instant contract action is alleged to be based entirely on diversity. (See Compl. ¶ 5.) Because plaintiff fails to allege the citizenship of the owners/members of defendant Rosa Court, LLC, however, plaintiff fails to adequately allege diversity jurisdiction. See Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens.")

Accordingly, the instant action is hereby DISMISSED, with leave to file, no later than September 21, 2007, an amended complaint correcting, if possible, the above-noted deficiency.

**IT IS SO ORDERED.**

Dated: August 30, 2007

MAXINE M. CHESNEY
United States District Judge