1 | Richard J. Mooney (CA State Bar No. 176486)
2 | Kyle L. Schriner (CA State Bar No. 215853)
  | HOLME ROBERTS & OWEN LLP
3 | 560 Mission Street, 25th Floor
  | San Francisco, CA 94105-2994
4 | Telephone: (415) 268-2000
  | Facsimile: (415) 268-1999
5 | richard.mooney@hro.com
6 | kyle.schriner@hro.com

7 | Attorneys for Plaintiff Vincent Kamyar Vaghar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT KAMYAR VAGHAR,<br><br>Plaintiff,<br><br>v.<br><br>DAVID J. KILLIAN; ANTHONY M. MAROTTA; and ROSA COURT, LLC, a New Jersey limited liability company,<br><br>Defendant. | CASE NO. C 07 4083 MMC<br><br>**CERTIFICATE OF SERVICE RE CASE MANAGEMENT CONFERENCE ORDER AND STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY** |

---

Certificate of Service
*Vaghar v. Killian, et al.*, Case No. C 07 4083 MMC

#32026 v1

# CERTIFICATE OF SERVICE
## CCP § 1010.6, CCP § 1013, CCP § 1013A

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

  I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, California 94105.

  On September 5, 2007, I served the foregoing document(s) described as:

**(1) CASE MANAGEMENT CONFERENCE ORDER; (2) STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

on the interested party/parties in this action as follows:

| | |
|---|---|
| Dennis D. Miller, Esq.<br>Stein & Lubin LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111<br>Tel:  (415) 981-0550<br>Fax: (415) 981-4343<br>Email: dmiller@steinlubin.com | *Attorneys for Defendants Anthony M. Marotta and Rosa Court, LLC* |

  ☐ **BY PERSONAL SERVICE:** I caused the above-mentioned document(s) to be personally served to the offices of the addressee as indicated above.

  ☐ **BY FACSIMILE:** I communicated the above-mentioned document(s) via facsimile transmittal to the addressee as indicated above. The transmission was reported complete and without error by a transmission report issued by the facsimile transmission machine as defined in California Rule of Court 2003 upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmittal report bearing the date, time and sending facsimile machine telephone number shall be attached to the original proof of service.

  ☐ **BY ELECTRONIC MAIL (E-MAIL):** I caused the above-mentioned document(s) to be served via electronic mail from my electronic notification address to the electronic notification address of the addressee as indicated above. The document was served electronically and the transmission was reported complete without error.

  ☒ **BY FEDERAL EXPRESS:** I caused the above-mentioned document(s) to be sent via Federal Express overnight delivery. By placing a true and correct copy of such document(s)

---

1

Certificate of Service
*Vaghar v. Killian, et al.*, Case No. C 07 4083 MMC

#32026 v1

enclosed in a sealed envelope or package designated by the express service carrier and deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf, with delivery fees paid or provided for, addressed to the address last shown by that person on any document filed in the action as indicated above.

☐ BY MAIL: By placing a true and correct copy of such document(s) enclosed in a sealed envelope addressed to the offices indicated above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 5, 2007, at San Francisco, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Della Grant