DENNIS D. MILLER (SBN 138669)
EUGENE CHANG (SBN 209568)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
dmiller@steinlubin.com
echang@steinlubin.com

Attorneys for Defendants
DAVID J. KILLIAN, ANTHONY M. MAROTTA,
and ROSA COURT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT KAMYAR VAGHAR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID J. KILLIAN; ANTHONY M. MAROTTA; and ROSA COURT, LLC, a New Jersey limited liability company,<br><br>　　　　　Defendants. | Case No. C 07 4083 MMC<br><br>**DEFENDANTS DAVID J. KILLIAN'S, ANTHONY M. MAROTTA'S, AND ROSA COURT, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT OF PLAINTIFF VINCENT KAMYAR VAGHAR OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br>Date:　　November 16, 2007<br>Time:　　9:00 a.m.<br>Courtroom: 7<br>Judge:　　Honorable Maxine M. Chesney |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that on November 16, 2007, at 9:00 a.m., in Courtroom 7 before the Honorable Maxine M. Chesney, located at 450 Golden Gate Ave., San Francisco, California, Defendants David J. Killian, Anthony M. Marotta, and Rosa Court, LLC ("Defendants") will and hereby do move the Court for an order dismissing the action under Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 28 U.S.C. § 1406(a) on the grounds that this Court lacks

personal jurisdiction over the Defendants and the action was not filed in the proper judicial venue. None of the Defendants reside in California, nor have a substantial part of the alleged acts which form the basis of Plaintiff's claims occurred in California. Rather, each of the Defendants either reside in, or have their principal place of business, in Pennsylvania, and virtually all of the activity which forms the basis of Plaintiff's claims occurred in Pennsylvania.

If the Court is not inclined to dismiss the action, Defendants will and hereby do move, in the alternative, under 28 U.S.C. § 1404(a) and 28 U.S.C. § 1406(a) for an order transferring the action to the U.S. District Court for the Eastern District of Pennsylvania on the grounds that the convenience of the parties and the witnesses and the interest of justice will be promoted by a transfer of this action.

The motion will be based on this Notice, the accompanying Memorandum of Points and Authorities, the declarations of David J. Killian, individually and as co-managing member of Rosa Court, LLC, and Anthony M. Marotta, and such further evidence or argument as may be presented at or prior to the hearing.

Dated: October 5, 2007                         STEIN & LUBIN LLP


                                               By: /s/ Eugene Chang
                                                   EUGENE CHANG
                                                   Attorneys for Defendants
                                                   DAVID J. KILLIAN, ANTHONY M. MAROTTA,
                                                   and ROSA COURT, LLC