1   DENNIS D. MILLER (SBN 138669)
    EUGENE CHANG (SBN 209568)
2   STEIN & LUBIN LLP
    600 Montgomery Street, 14th Floor
3   San Francisco, CA 94111
    Telephone:    (415) 981-0550
4   Facsimile:    (415) 981-4343
    dmiller@steinlubin.com
5   echang@steinlubin.com

6   Attorneys for Defendants
    DAVID J. KILLIAN, ANTHONY M. MAROTTA,
7   and ROSA COURT, LLC

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  VINCENT KAMYAR VAGHAR,              Case No. C 07 4083 MMC

13              Plaintiff,              **CERTIFICATE OF SERVICE OF
                                        DOCUMENTS RE: DAVID J. KILLIAN'S,**
14  v.                                  **ANTHONY M. MAROTTA'S, AND ROSA
                                        COURT, LLC'S MOTION TO DISMISS**
15  DAVID J. KILLIAN; ANTHONY M.        **SECOND AMENDED COMPLAINT OF**
    MAROTTA; and ROSA COURT, LLC, a     **PLAINTIFF VINCENT KAMYAR**
16  New Jersey limited liability company, **VAGHAR OR, IN THE ALTERNATIVE,
                                        TO TRANSFER VENUE**
17              Defendants.

18                                      Date:       November 16, 2007
                                        Time:       9:00 a.m.
19                                      Courtroom: 7
                                        Judge:      Honorable Maxine M. Chesney

20

21          I, Mey Saephan, declare:

22          I am a citizen of the United States and employed in San Francisco County, California. I

23  am over the age of eighteen years and not a party to the within-entitled action. My business

24  address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California

25  94111. On October 5, 2007, I served a copy of the within document(s):

26          **DEFENDANTS DAVID J. KILLIAN'S, ANTHONY M.
            MAROTTA'S, AND ROSA COURT, LLC'S NOTICE OF**
27          **MOTION AND MOTION TO DISMISS SECOND
            AMENDED COMPLAINT OF PLAINTIFF VINCENT**
28          **KAMYAR VAGHAR OR, IN THE ALTERNATIVE, TO**

1       **TRANSFER VENUE**

2       **DEFENDANTS DAVID J. KILLIAN, ANTHONY M.**
      **MAROTTA, AND ROSA COURT, LLC'S MEMORANDUM**
3       **OF POINTS AND AUTHORITIES IN SUPPORT OF**
      **MOTION TO DISMISS SECOND AMENDED COMPLAINT**
4       **OF PLAINTIFF VINCENT KAMYAR VAGHAR OR, IN**
      **THE ALTERNATIVE, TO TRANSFER VENUE**

5

6       **DECLARATION OF DAVID J. KILLIAN AS CO-**
      **MANAGING MEMBER OF ROSA COURT, LLC IN**
      **SUPPORT OF MOTION TO DISMISS SECOND AMENDED**
7       **COMPLAINT OF PLAINTIFF VINCENT KAMYAR**
      **VAGHAR OR, IN THE ALTERNATIVE, TO TRANSFER**
8       **VENUE**

9       **DECLARATION OF ANTHONY M. MAROTTA IN**
      **SUPPORT OF MOTION TO DISMISS SECOND AMENDED**
10       **COMPLAINT OF PLAINTIFF VINCENT KAMYAR**
      **VAGHAR OR, IN THE ALTERNATIVE, TO TRANSFER**
11       **VENUE**

12       **DECLARATION OF DAVID J. KILLIAN IN SUPPORT OF**
      **MOTION TO DISMISS SECOND AMENDED COMPLAINT**
13       **OF PLAINTIFF VINCENT KAMYAR VAGHAR OR, IN**
      **THE ALTERNATIVE, TO TRANSFER VENUE**

14

15       **[PROPOSED] ORDER GRANTING DEFENDANTS DAVID J.**
      **KILLIAN'S, ANTHONY M. MAROTTA'S, AND ROSA**
      **COURT, LLC'S MOTION TO DISMISS SECOND**
16       **AMENDED COMPLAINT OF PLAINTIFF VINCENT**
      **KAMYAR VAGHAR OR, IN THE ALTERNATIVE, TO**
17       **TRANSFER VENUE**

18    ☒   (BY MAIL) by placing the document(s) listed above in a sealed envelope with
      postage thereon fully prepaid, in the United States mail at San Francisco,
19       California addressed as set forth below.

20  Kyle Lynn Schriner, Esq.
  Richard James Mooney
21  Holme Roberts & Owen LLP
22  560 Mission Street, 25th Floor
  San Francisco, CA 94105

23

24  *Attorneys for Plaintiff,*
  Vincent Kamyar Vaghar

25       I am readily familiar with the firm's practice of collection and processing correspondence

26  for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

27  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

28  motion of the party served, service is presumed invalid if postal cancellation date or postage

1    meter date is more than one day after date of deposit for mailing in affidavit.

2            I declare that I am employed in the office of a member of the bar of this court at whose

3    direction the service was made.

4            Executed on October 5, 2007, at San Francisco, California.

5

6                                                        /s/ Mey Saephan

7                                                          Mey Saephan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE