1  Richard J. Mooney (SBN 176486)
   Kyle L. Schriner (SBN 215853)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   richard.mooney@hro.com
5  kyle.schriner@hro.com

6
   Attorneys for Plaintiff Vincent Kamyar Vaghar
7

8

9           UNITED STATES DISTRICT COURT OF CALIFORNIA

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      (SAN FRANCISCO DIVISION)

12

13 | VINCENT KAMYAR VAGHAR,            | Case No. C 07 4083 MMC
14 |        Plaintiff,                  | **SUBSTITUTION OF COUNSEL**
15 |    v.                              |
16 |                                    |
17 | DAVID J. KILLIAN; ANTHONY M. MAROTTA; and ROSA COURT, LLC, a New Jersey limited liability company, |
18 |                                    |
19 |        Defendants.                 |

20      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

21      PLEASE TAKE NOTICE that Plaintiff Vincent Kamyar Vaghar hereby substitutes as his

22 attorney of record in this action Goodwin Procter LLP, 101 California Street, Suite 1850, San

23 Francisco, California 94111, in place of Holme Roberts & Owen LLP, 560 Mission Street, 25th

24 floor, San Francisco, California 94105.

25 ///
26 ///
27 ///
28 ///

1 | The undersigned consents to the foregoing substitution:

2 | Dated: October 23, 2007                    HOLME ROBERTS & OWEN LLP

_____
Richard J. Mooney
Attorney for Plaintiff Vincent Kamyar Vaghar

7 | The undersigned accepts the foregoing substitution of attorneys:

Dated: October 23, 2007                    GOODWIN PROCTER LLP

_____
Lloyd Winawer (SBN 157823)
Blake E. Williams (SBN 233158)
GOODWIN PROCTER LLP
101 California Street
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041
lwinawer@goodwinprocter.com
bwilliams@goodwinprocter.com