Richard J. Mooney (SBN 176486)
Kyle L. Schriner (SBN 215853)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
richard.mooney@hro.com
kyle.schriner@hro.com

Attorneys for Plaintiff Vincent Kamyar Vaghar

UNITED STATES DISTRICT COURT OF CALIFORNIA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| VINCENT KAMYAR VAGHAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID J. KILLIAN; ANTHONY M. MAROTTA; and ROSA COURT, LLC, a New Jersey limited liability company,<br><br>　　　　Defendants. | Case No. C 07 4083 MMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiff Vincent Kamyar Vaghar hereby substitutes as his attorney of record in this action Goodwin Procter LLP, 101 California Street, Suite 1850, San Francisco, California 94111, in place of Holme Roberts & Owen LLP, 560 Mission Street, 25th floor, San Francisco, California 94105.

///
///
///
///

1  The undersigned consents to the foregoing substitution:

2  Dated: October 23, 2007                    HOLME ROBERTS & OWEN LLP

3

4  _____
   Richard J. Mooney
5  Attorney for Plaintiff Vincent Kamyar Vaghar

6

7  The undersigned accepts the foregoing substitution of attorneys:

8
   Dated: October 23, 2007                    GOODWIN PROCTER LLP
9

10

11 _____
   Lloyd Winawer (SBN 157823)
   Blake E. Williams (SBN 233158)
12 GOODWIN PROCTER LLP
   101 California Street
13 San Francisco, California 94111
   Tel.: 415.733.6000
14 Fax: 415.677.9041
   lwinawer@goodwinprocter.com
15 bwilliams@goodwinprocter.com

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

1  Based on the foregoing substitution of counsel, and good cause appearing, it is hereby ordered that
the law firm of Goodwin Procter LLP is substituted as counsel for defendants in the place of
Holme Roberts & Owen LLP.

Dated: _____                              _____

United States District Court Judge