1  Richard J. Mooney (SBN 176486)
   Kyle L. Schriner (SBN 215853)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   richard.mooney@hro.com
5  kyle.schriner@hro.com

6
   Attorneys for Plaintiff Vincent Kamyar Vaghar
7

8

9              UNITED STATES DISTRICT COURT OF CALIFORNIA
10
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                       (SAN FRANCISCO DIVISION)
12

13
   VINCENT KAMYAR VAGHAR,                 Case No. C 07 4083 MMC
14
              Plaintiff,                  **NOTICE OF SUBSTITUTION OF
15                                        COUNSEL ; ORDER**
         v.
16
   DAVID J. KILLIAN; ANTHONY M.
17 MAROTTA; and ROSA COURT, LLC, a New
   Jersey limited liability company,
18
              Defendants.
19

20       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

21       PLEASE TAKE NOTICE that Plaintiff Vincent Kamyar Vaghar hereby substitutes as his

22 attorney of record in this action Goodwin Procter LLP, 101 California Street, Suite 1850, San

23 Francisco, California 94111, in place of Holme Roberts & Owen LLP, 560 Mission Street, 25th

24 floor, San Francisco, California 94105.

25 ///

26 ///

27 ///

28 ///

                                          1

1  The undersigned consents to the foregoing substitution:

2  Dated: October 23, 2007                    HOLME ROBERTS & OWEN LLP

                                              _____
                                              Richard J. Mooney
                                              Attorney for Plaintiff Vincent Kamyar Vaghar

7  The undersigned accepts the foregoing substitution of attorneys:

   Dated: October 23, 2007                    GOODWIN PROCTER LLP

                                              _____
                                              Lloyd Winawer (SBN 157823)
                                              Blake E. Williams (SBN 233158)
                                              GOODWIN PROCTER LLP
                                              101 California Street
                                              San Francisco, California 94111
                                              Tel.: 415.733.6000
                                              Fax: 415.677.9041
                                              lwinawer@goodwinprocter.com
                                              bwilliams@goodwinprocter.com

**ORDER**

Based on the foregoing substitution of counsel, and good cause appearing, it is hereby ordered that the law firm of Goodwin Procter LLP is substituted as counsel for defendants in the place of Holme Roberts & Owen LLP.

Dated: October 29, 2007

_____
United States District Court Judge