Dennis D. Miller (SBN 138669)
Eugene K. Chang (SBN 209568)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:    (415) 981-0550
Facsimile:    (415) 981-4343
dmiller@steinlubin.com
echang@steinlubin.com

Attorneys for Defendants
DAVID J. KILLIAN, ANTHONY M. MAROTTA,
and ROSA COURT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT KAMYAR VAGHAR,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID J. KILLIAN; ANTHONY M. MAROTTA; and ROSA COURT, LLC, a New Jersey limited liability company,<br><br>  Defendants. | Case No.  C 07 4083 MMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:       November 16, 2007<br>Time:       9:00 a.m.<br>Judge:      Honorable Maxine M. Chesney<br>Courtroom:  7 |

65040002/358958v1                                                  1

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 2, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

> DEFENDANTS DAVID J. KILLIAN'S, ANTHONY M. MAROTTA'S, AND ROSA COURT, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REPLY TO OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT OF PLAINTIFF VINCENT KAMYAR VAGHAR OR, IN THE ALTERNATIVE, TO TRANSFER VENUE
>
> SUPPLEMENTAL DECLARATION OF DAVID J. KILLIAN AS CO-MANAGING MEMBER OF ROSA COURT, LLC IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT OF PLAINTIFF VINCENT KAMYAR VAGHAR OR, IN THE ALTERNATIVE, TO TRANSFER VENUE
>
> SUPPLEMENTAL DECLARATION OF ANTHONY M. MAROTTA IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT OF PLAINTIFF VINCENT KAMYAR VAGHAR OR, IN THE ALTERNATIVE, TO TRANSFER VENUE
>
> CERTIFICATE OF SERVICE

in a sealed envelope, postage fully paid, addressed as follows:

> Blake E. Williams
> Goodwin Procter LLP
> 101 California Street, Suite 1850
> San Francisco, CA 94111
>
> *Attorneys for Plaintiff*
> VINCENT KAMYAR VAGHAR

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose

65040002/358958v1                                   2

1 | direction the service was made.
2 | Executed on November 2, 2007, at San Francisco, California.
3 |
4 |                                         /s/ Liz Paul
                                      Liz Paul