1  Lloyd Winawer (SBN 157823)
   Blake E. Williams (SBN 233158)
2  GOODWIN PROCTER LLP
   101 California Street
3  San Francisco, California 94111
   Tel.: 415.733.6000
4  Fax: 415.677.9041
   lwinawer@goodwinprocter.com
5  bwilliams@goodwinprocter.com

6
   Attorneys for Plaintiff Vincent Kamyar Vaghar
7

8

9             UNITED STATES DISTRICT COURT OF CALIFORNIA

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        (SAN FRANCISCO DIVISION)

12

13 VINCENT KAMYAR VAGHAR,                    Case No. C 07 4083 MMC

14        Plaintiff,
                                             **STIPULATION AND [PROPOSED]
15     v.                                    ORDER TO STAY INITIAL
                                             DISCLOSURES AND CASE
16 DAVID J. KILLIAN; ANTHONY M.              MANAGEMENT CONFERENCE**
   MAROTTA; and ROSA COURT, LLC, a New
17 Jersey limited liability company,

18        Defendants.

19

1   WHEREAS this Court issued a Case Management Conference Order ("Order") on
2   August 29, 2007;
3   WHEREAS the Order contemplated that an initial Case Management Conference
4   be held before the Honorable Maxine M. Chesney at 10:30 a.m. on Friday, November 16, 2007;
5   WHEREAS the Order directed the parties in this action to confer in advance of the
6   Case Management Conference and to file a Joint Case Management Statement not less than seven
7   (7) days before the conference;
8   WHEREAS Federal Rule of Civil Procedure 26(a) requires parties to exchange
9   Initial Disclosures in advance of the initial Case Management Conference;
10  WHEREAS the parties have been actively conferring with one another over the
11  past several weeks;
12  WHEREAS Defendants filed a Motion to Dismiss the Second Amended Complaint
13  for, among other things, Lack of Personal Jurisdiction or, in the Alternative, to Transfer this
14  Action to the Eastern District of Pennsylvania;
15  WHEREAS a hearing on Defendants' Motion to Dismiss is currently set for 9:00
16  a.m. on Friday, November 16;
17  WHEREAS if this Court dismisses this action or transfers this action pursuant to
18  Defendants' Motion the exchange of Initial Disclosures, the filing of Joint Case Management
19  Statement, and the Initial Case Management Conference will be moot and a waste of party and
20  judicial resources; and
21  WHEREAS all parties have come to an agreement that the best interests of the
22  parties and this Court would be served by staying the case management schedule contemplated in
23  the Order until after this Court has ruled on Defendants' Motion to Dismiss;
24  IT IS HEREBY STIPULATED THAT:
25  The Initial Case Management Conference currently set for Friday November 16,
26  2007 at 10:30 a.m. shall be taken off calendar until the Court has ruled on Defendants' Motion to
27  Dismiss;
28  If this Court denies Defendants' Motion and this action remains before this Court

1  the Initial Case Management Conference shall be set no later than 30 days from the date of the
2  Court's ruling on Defendants' Motion, or on any date this Court deems proper;
3      The parties shall not be required to file a Joint Case Management Conference
4  Statement until the Court has ruled on Defendants' Motion;
5      If this Court denies Defendants' Motion and this action remains before this Court
6  the Parties shall file a Joint Case Management Conference Statement no later than seven (7) days
7  prior to the rescheduled Initial Case Management Conference;
8      The parties shall not be required to exchange Initial Disclosures until the Court has
9  ruled on Defendants' Motion;
10     If this Court denies Defendants' Motion and this action remains before this Court
11 the Parties shall exchange Initial Disclosures by the time contemplated by Federal Rule of Civil
12 Procedure 26, in advance of the rescheduled Initial Case Management Conference.
13     IT IS SO STIPULATED.

Attorneys for Plaintiff

_(signature)_

Lloyd Winawer (SBN 157823)
Blake E. Williams (SBN 233158)
GOODWIN PROCTER LLP
101 California Street
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041
lwinawer@goodwinprocter.com
bwilliams@goodwinprocter.com

Attorneys for Defendants

_(signature)_

Dennis D. Miller (SBN 138669)
Eugene Chang (SBN 209568)
STEIN & LUBIN LLP
600 Montgomery St., 14th Floor
San Francisco, CA 94111
Tel: 415.981.0550
Fax: 415.981.4343
dmiller@steinlubin.com
ecahng@steinlubin.com

## [PROPOSED] ORDER

1. The Initial Case Management Conference currently set for Friday November 16, 2007 at 10:30 a.m. shall be taken off calendar until the Court has ruled on Defendants' Motion to Dismiss;

2. If this Court denies Defendants' Motion and this action remains before this Court the Initial Case Management Conference shall be set no later than 30 days from the date of the Court's ruling on Defendants' Motion, or on any date this Court deems proper;

3. The parties shall not be required to file a Joint Case Management Conference Statement until this Court has ruled on Defendants' Motion;

4. If this Court denies Defendants' Motion and this action remains before this Court the Parties shall file a Joint Case Management Conference Statement no later than seven (7) days prior to the rescheduled Initial Case Management Conference;

5. The parties shall not be required to exchange Initial Disclosures until the Court has ruled on Defendants' Motion;

6. If this Court denies Defendants' Motion and this action remains before this Court the Parties shall exchange Initial Disclosures by the time contemplated by Federal Rule of Civil Procedure 26, in advance of the rescheduled Initial Case Management Conference.

Dated: November ___, 2007

_____
Honorable Maxine M. Chesney