IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KAMYAR VAGHAR,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID J. KILLIAN, ANTHONY M. MAROTTA, and ROSA COURT, LLC,<br><br>    Defendants<br>_____/ | No. C-07-4083 MMC<br><br>**ORDER SCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

The Court previously having deemed the matter submitted on the parties' respective papers, and it appearing to the Court that a hearing would assist the Court in resolving the matter, defendants' Motion to Dismiss plaintiff's Second Amended Complaint is hereby scheduled for hearing on July 18, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 3, 2008

_____
MAXINE M. CHESNEY
United States District Judge