Dennis D. Miller (SBN 138669)
Eugene K. Chang (SBN 209568)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:   (415) 981-0550
Facsimile:   (415) 981-4343
dmiller@steinlubin.com
echang@steinlubin.com

Attorneys for Defendants
DAVID J. KILLIAN, ANTHONY M. MAROTTA,
and ROSA COURT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT KAMYAR VAGHAR,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID J. KILLIAN; ANTHONY M. MAROTTA; and ROSA COURT, LLC, a New Jersey limited liability company,<br><br>        Defendants. | Case No. C 07 4083 MMC<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS DAVID J. KILLIAN, ANTHONY M. MAROTTA AND ROSA COURT, LLC'S MOTION TO DISMISS SECOND AMENDED COMPLAINT OF PLAINTIFF VINCENT KAMYAR VAGHAR OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br>Date:     July 18, 2008<br>Time:     9:00 a.m.<br>Dept.:    Courtroom 7<br>Judge:   Honorable Maxine M. Chesney |

The Court has considered the *ex parte* application of Defendants David J. Killian, Anthony M. Marotta and Rosa Court, LLC requesting a continuation of the July 18, 2008 hearing on the Defendants' Motion to Dismiss the Second Amended Complaint of Plaintiff Vincent Kamyar Vaghar or, in the Alternative, to Transfer Venue (the "Motion") and the evidence in support thereto.

GOOD CAUSE APPEARING THEREFORE,

///

///

1  IT IS HEREBY ORDERED that the Defendants' application is granted and the
2  hearing on Defendants' Motion is continued from July 18, 2008 at 9:00 a.m. to August ___, 2008
3  at 9:00 a.m. in the above-referenced Court.
4
5  * * * END OF ORDER * * *

COURT'S SERVICE LIST

Blake E. Williams
Goodwin Procter LLP
101 California Street, Suite 1850
San Francisco, CA 94111

Dennis D. Miller
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

..