Dennis D. Miller (SBN 138669)
Eugene K. Chang (SBN 209568)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:   (415) 981-0550
Facsimile:    (415) 981-4343
dmiller@steinlubin.com
echang@steinlubin.com

Attorneys for Defendants
DAVID J. KILLIAN, ANTHONY M. MAROTTA,
and ROSA COURT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT KAMYAR VAGHAR,<br><br>         Plaintiff,<br><br>v.<br><br>DAVID J. KILLIAN; ANTHONY M. MAROTTA; and ROSA COURT, LLC, a New Jersey limited liability company,<br><br>         Defendants. | Case No.  C 07 4083 MMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:     July 18, 2008<br>Time:    9:00 a.m.<br>Dept.:    Courtroom 7<br>Judge:   Honorable Maxine M. Chesney |

65040002/374137v1     1     Case No. C 07 4083 MMC

DEFENDANTS' APPLICATION TO CONTINUE HEARING, ETC.

**PROOF OF SERVICE BY FACSIMILE**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111. On July 16, 2008, I served a copy of the within document(s):

> DEFENDANTS DAVID J. KILLIAN, ANTHONY M. MAROTTA AND ROSA COURT, LLC'S *EX PARTE* APPLICATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT OF PLAINTIFF VINCENT KAMYAR VAGHAR OR, IN THE ALTERNATIVE, TO TRANSFER VENUE [LOCAL RULE 7.7]
>
> DECLARATION OF DENNIS D. MILLER IN SUPPORT OF DEFENDANTS DAVID J. KILLIAN, ANTHONY M. MAROTTA AND ROSA COURT, LLC'S *EX PARTE* APPLICATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT OF PLAINTIFF VINCENT KAMYAR VAGHAR OR, IN THE ALTERNATIVE, TO TRANSFER VENUE [LOCAL RULE 7.7]
>
> [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS DAVID J. KILLIAN, ANTHONY M. MAROTTA AND ROSA COURT, LLC'S MOTION TO DISMISS SECOND AMENDED COMPLAINT OF PLAINTIFF VINCENT KAMYAR VAGHAR OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

by telefaxing a copy thereof to the following individual(s) at the following facsimile number(s):

> Blake E. Williams
> Goodwin Procter LLP
> 101 California Street, Suite 1850
> San Francisco, CA 94111
> Fax: (415) 677-9041
>
> *Attorneys for Plaintiff*
> VINCENT KAMYAR VAGHAR

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 16, 2008, at San Francisco, California.

_/s/ Liz Paul_
Liz Paul