IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KAMYAR VAGHAR,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID J. KILLIAN, ANTHONY M. MAROTTA, and ROSA COURT, LLC,<br><br>    Defendants | No. C-07-4083 MMC<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

   Before the Court is defendants' Ex Parte Application to continue the hearing on defendants' motion to dismiss the Second Amended Complaint, based on the parties' ongoing settlement negotiations.

   Good cause appearing, the Application is hereby GRANTED and the hearing on defendants' Motion to Dismiss plaintiff's Second Amended Complaint is hereby continued from July 18, 2008 to August 29, 2008 at 9:00 a.m.

   **IT IS SO ORDERED.**

Dated: July 17, 2008

_____
MAXINE M. CHESNEY
United States District Judge