| | |
|---|---|
| 1 | Lloyd Winawer (SBN 157823) |
| | Blake E. Williams (SBN 233158) |
| 2 | GOODWIN PROCTER LLP |
| | Three Embarcadero Center, 24th Floor |
| 3 | San Francisco, California 94111 |
| | Tel.: 415.733.6000 |
| 4 | Fax: 415.677.9041 |
| | lwinawer@goodwinprocter.com |
| 5 | bwilliams@goodwinprocter.com |
| 6 | |
| 7 | Attorneys for Plaintiff Vincent Kamyar Vaghar |

UNITED STATES DISTRICT COURT OF CALIFORNIA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| VINCENT KAMYAR VAGHAR, | Case No. C 07 4083 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT OF PLAINTIFF VINCENT KAMYAR VAGHAR OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** |
| v. | |
| DAVID J. KILLIAN; ANTHONY M. MAROTTA; and ROSA COURT, LLC, a New Jersey limited liability company, | |
| Defendants. | |

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
CASE NO. C 07 4083 MMC

1         WHEREAS the above action (the "Action") was commenced on August 8, 2007 by the filing of the Complaint for Breach of Contract and Demand for Jury Trial by Plaintiff Vincent Kamyar Vaghar ("Vaghar");

4         WHEREAS on October 5, 2007, Defendants filed their Motion to Dismiss the Second Amended Complaint or, in the Alternative, to Transfer Venue (the "Motion");

6         WHEREAS hearing upon the Motion was initially set for November 16, 2007 before this Court;

8         WHEREAS on November 14, 2007, this Court vacated the hearing upon Defendants' Motion;

10         WHEREAS on July 3, 2008, this Court entered the order setting Defendants' Motion for hearing on July 18, 2008 at 9:00 a.m.;

12         WHEREAS on July 17, 2008, this Court granted Defendants' *ex parte* application to continue the hearing upon Defendants' Motion to August 29, 2008 at 9:00 a.m., in furtherance of Vaghar and the Defendants ongoing settlement negotiations;

15         WHEREAS the Parties have been actively conferring with one another over the past several weeks regarding settlement of this Action;

17         WHEREAS Vaghar and the Defendants have signed a term sheet outlining all material aspects of an anticipated settlement of this Action;

19         WHEREAS attorneys for Vaghar are currently drafting the final settlement agreement in this Action;

21         WHEREAS Vaghar and the Defendants anticipate a final settlement agreement in this Action will be signed by all Parties within the next 14 days;

23         WHEREAS Vaghar and the Defendants have come to an agreement that the best interests of the Parties and this Court would be served by continuing the hearing on Defendants' Motion for approximately 3 weeks so that the Parties may finalize the settlement of this Action;

1  IT IS HEREBY STIPULATED THAT:

2  The Hearing upon Defendants' Motion, currently set for Friday August 29, 2008 at
3  9:00 a.m. shall be continued until September 19, 2008 at 9:00 a.m.

4  IT IS SO STIPULATED.

Attorneys for Plaintiff

Lloyd Winawer (SBN 157823)
Blake E. Williams (SBN 233158)
GOODWIN PROCTER LLP
101 California Street
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041
lwinawer@goodwinprocter.com
bwilliams@goodwinprocter.com

Attorneys for Defendants

Dennis D. Miller (SBN 138669)
Eugene Chang (SBN 209568)
STEIN & LUBIN LLP
600 Montgomery St., 14th Floor
San Francisco, CA 94111
Tel: 415.981.0550
Fax: 415.981.4343
dmiller@steinlubin.com
ecahng@steinlubin.com

# [PROPOSED] ORDER

The Hearing upon Defendants' Motion, currently set for Friday August 29, 2008 at 9:00 a.m. shall be continued until September 19, 2008 at 9:00 a.m.

Dated: August 27, 2008



Honorable Maxine M. Chesney