1  Lloyd Winawer (SBN 157823)
2  Blake E. Williams (SBN 233158)
   GOODWIN PROCTER LLP
3  Three Embarcadero Center, 24th Floor
   San Francisco, California 94111
4  Tel.: 415.733.6000
   Fax: 415.677.9041
5  lwinawer@goodwinprocter.com
   bwilliams@goodwinprocter.com
6
7  Attorneys for Plaintiff Vincent Kamyar Vaghar

8  Dennis D. Miller (SBN 138669)
   Eugene Chang (SBN 209568)
9  STEIN & LUBIN LLP
   600 Montgomery St., 14th Floor
10 San Francisco, CA 94111
   Tel: 415.981.0550
11 Fax: 415.981.4343
   dmiller@steinlubin.com
12 ecahng@steinlubin.com

13 Attorneys for Defendants David J. Killian,
   Anthony M. Marotta and Rosa Court LLC
14

15

16

17               UNITED STATES DISTRICT COURT OF CALIFORNIA

18               FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                          (SAN FRANCISCO DIVISION)

20

21 | VINCENT KAMYAR VAGHAR,                        | Case No. C 07 4083 MMC
22 |         Plaintiff,                            | [PROPOSED] ORDER OF DISMISSAL
23 |     v.                                        |
24 | DAVID J. KILLIAN; ANTHONY M.                   |
   | MAROTTA; and ROSA COURT, LLC, a New           |
25 | Jersey limited liability company,             |
26 |         Defendants.                           |
27

28

---
[PROPOSED] ORDER OF DISMISSAL
CASE NO. C 07 4083 MMC

1  IT IS HEREBY ORDERED THAT, pursuant to the stipulation of all Parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: December 11, 2008

_____
Hon. Maxine M. Chesney